AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   2:22-mj-00030-DJA |
| MARIO RENTERIA, JR. ) | |
| ) | Charging District:   District of New Jersey |
| *Defendant* ) | Charging District's Case No.  22-6006 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court - District of New Jersey AS ORDERED | Courtroom No.:  AS ORDERED |
|---|---|
| | Date and Time:  1/19/22 1:00 pm AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    __Jan 13, 2022__

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. MAGISTRATE JUDGE
*Printed name and title*

FILED        RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 3 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY